ASBURY, ADMINISTRATRIX, RESPONDENT, *v.* ROBBINS,
EXECUTOR, ET AL., APPELLANTS.

(No. 4,018.)

(Submitted May 1, 1919. Denied June 18, 1919.)

[182 Pac. 126.]

For syllabus, see *Crosby* v. *Robbins, ante,* p. 179.

*Appeal from District Court, Yellowstone County; A. C. Spencer, Judge.*

ACTION by Nellie B. Asbury, as administratrix of the estate of John F. Asbury, deceased, against E. L. Robbins, as executor of the estate of John D. Losekamp, deceased. From a judgment for plaintiff, and an order denying defendant's motion for new trial, defendant appeals. Reversed and remanded.

*Messrs. Johnston & Coleman,* for Appellant Robbins, submitted a brief; *Mr. Wm. Johnston* argued the cause orally.

*Messrs. Collins, Campbell & Wood,* for Respondent, submitted a brief; *Mr. Sterling M. Wood* argued the cause orally.

By stipulation of counsel, briefs filed in *Crosby* v. *Robbins, ante,* p. 179, made part of briefs in this cause.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

This case is controlled by the decision in *Crosby* v. *Robbins et al., ante,* p. 179, 182 Pac. 122. Upon the authority of that case, the judgment and order are reversed, and the cause is remanded for a new trial.

*Reversed and remanded.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE COOPER concur.

Motion for rehearing denied September 16, 1919.